IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ALFRED CALVIN WHITEHEAD | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3-10-1098 |
| | ) | JUDGE CAMPBELL |
| CORRECTIONS CORPORATION OF AMERICA | ) ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 45), in which the Magistrate recommends that Plaintiff's Amendment to Complaint (Docket No. 44) be stricken. Plaintiff has filed, in Response, a Motion to Withdraw (Docket No. 47), in which he moves the Court to withdraw that Amendment. Plaintiff also seeks additional time in which to amend his original pleading. Docket No. 47.

The Report and Recommendation of the Magistrate Judge (Docket No. 45) is adopted and approved as unopposed. The Amendment to Complaint (Docket No. 44) shall be withdrawn.

Plaintiff's Motion for Extension of Time (Docket No. 47) is referred to the Magistrate Judge to consider in connection with the pending Motion for Summary Judgment and any scheduling Order to be entered herein.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE