IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALFRED CALVIN WHITEHEAD )
)
v. ) NO. 3-10-1098
) JUDGE CAMPBELL
CORRECTIONS CORPORATION OF )
AMERICA )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 84), to which no Objection has been timely filed. The Court has reviewed the Report and Recommendation and the file.

The Report and Recommendation is adopted and approved. Accordingly, the Motion for Summary Judgment of Defendants Corrections Corporation of America, Figueroa, Jones and Miles-Dethrow (Docket No. 32) is GRANTED, and Plaintiff's claims against these four Defendants are DISMISSED.

This action is referred to the Magistrate Judge for further proceedings in accordance with the Court's prior Order (Docket No. 8).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE