IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ALFRED CALVIN WHITEHEAD )
 )
v. ) NO. 3-10-1098
 ) JUDGE CAMPBELL
CORRECTIONS CORPORATION OF )
AMERICA, et al. )


ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket

No. 92), to which no Objection has been timely filed. The Court has reviewed the Report and

Recommendation and the file.

The Report and Recommendation is adopted and approved. Accordingly, Plaintiff's claims

against the remaining Defendants - Health Services Administration, Coates, Stewart, and Warden

of Medical - are DISMISSED. The Clerk is directed to close the file. Any other pending Motions

are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R.

Civ. P. 58.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE